In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-271 CR


 ______________________


 

LARRY JOSEPH JENKINS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court 


Jefferson County, Texas


Trial Cause No. 98987






MEMORANDUM OPINION


 We have before the Court a request from the appellant, Larry Joseph Jenkins, to
withdraw his appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by
appellant personally and joined by counsel of record. No opinion has issued in this appeal. 
The motion is granted, and the appeal is therefore dismissed. 



 APPEAL DISMISSED. 

 _________________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered February 13, 2008 

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.